# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| SOUTHERN INDEPENDENT BANK, ) ) ) Plaintiff, ) ) v. ) ) FRED'S, INC., ) ) Defendant. ) | Case No. 2:15-cv-00799-WKW-GMB |

### JOINT NOTICE OF SETTLEMENT AND NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE SECOND CLASS CERTIFICATION MOTION

Plaintiff Southern Independent Bank and Defendant Fred's, Inc. file this notice to inform the Court that they have reached a settlement in principle to resolve the matter on an individual basis, which will result in the dismissal of Plaintiff's complaint with prejudice.

Further, in conjunction with the Notice of Settlement, Plaintiff Southern Independent Bank herby withdraws its motion for leave to file a second class-certification motion. This withdrawal is without prejudice to refiling should the parties fail to consummate the settlement or dismiss the case with prejudice.

Dated: May 16, 2019

/s/ Jay Aughtman

Joseph "Jay" H. Aughtman (ASB-8081-A43J)
**Aughtman Law Firm, LLC**
1772 Platt Place
Montgomery, AL 36117
Tel: 334-215-9873
Fax: 334-213-5663

Kenneth J. Grunfeld (*pro hac vice*)
**Golomb & Honik, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
Fax: (215) 985-4169

Wesley L. Laird (LAI005)
**Laird Baker & Blackstock, LLC**
501 N. Main Street
Opp, AL 36467
Phone: 334.493.9716
Fax: 334.469.9715

*Attorneys for Plaintiff*

Respectfully Submitted,

/s/ James A. Slater (with permission)

James A. Slater (*pro hac vice*, Ohio 74524)
Sam A. Camardo (*pro hac vice*, Ohio 89427)
**Baker & Hostetler LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 861-7145
Facsimile: (216) 696-0740

Richard E. Smith (Ala. Bar No. ASB-6536-m69r)
**Christian & Small LLP**
505 North 20th Street, Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

    I hereby certify that the forgoing was filed with the Clerk of the Court via the Court's ECF system on May 16, 2019, which will electronically serve all counsel of record.

    */s/ Jay Aughtman*