**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION**

| | |
|---|---|
| SOUTHERN INDEPENDENT BANK, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:15-cv-00799-WKW-GMB |
| v. ) ) | |
| FRED'S, INC., ) ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

The parties, Plaintiff Southern Independent Bank and Defendant Fred's, Inc., by and through their counsel, hereby enter this Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

On June 5, 2019, the parties executed a Confidential Settlement Agreement and Release (the "Agreement").

Pursuant to the Agreement, the parties hereby stipulate that the above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 17, 2019

/s/ Jay Aughtman

Joseph "Jay" H. Aughtman (ASB-8081-A43J)
**Aughtman Law Firm, LLC**
1772 Platt Place
Montgomery, AL 36117
Tel: 334-215-9873
Fax: 334-213-5663

Kenneth J. Grunfeld (*pro hac vice*)
**Golomb & Honik, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Phone: (215) 985-9177
Fax: (215) 985-4169

Wesley L. Laird (LAI005)
**Laird Baker & Blackstock, LLC**
501 N. Main Street
Opp, AL 36467
Phone: 334.493.9716
Fax: 334.469.9715

*Attorneys for Plaintiff*

Respectfully Submitted,

/s/ James A. Slater (with permission)

James A. Slater (*pro hac vice*, Ohio 74524)
Sam A. Camardo (*pro hac vice*, Ohio 89427)
**Baker & Hostetler LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 861-7145
Facsimile: (216) 696-0740

Richard E. Smith (Ala. Bar No. ASB-6536-m69r)
**Christian & Small LLP**
505 North 20th Street, Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing was filed with the Clerk of the Court via the Court's ECF system on June 17, 2019, which will electronically serve all counsel of record.

/s/ Jay Aughtman